UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Andrew Smith

Defendant(s).
------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-    ( )( )
21 MJ 865

Defendant _____Andrew Smith_____ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

_X_    Initial Appearance Before a Judicial Officer

___    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_X_    Bail/Detention Hearing

___    Conference Before a Judicial Officer


_(signature) Andrew Smith /ASK (with permission)_
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_Andrew Smith_
Print Defendant's Name

_(signature)_
Defendant's Counsel's Signature

_Sean M. Maher_
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

January 22, 2021
Date

_(signature) Andrew Kr_____
U.S. District Judge/U.S. Magistrate Judge